XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMZI MANSOOR,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STATE OF CA, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:20-cv-00609-WBS-KJN<br><br>**STIPULATION REGARDING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; ORDER** |

**STIPULATION**

Plaintiff Ramzi Mansoor, by and through his attorney, James Cook, and Defendant State of California, by and through its attorney, David E. Kuchinsky, stipulate that good cause exists to extend the deadline to file a response to Plaintiff's Complaint (ECF No. 1) to June 15, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | | | |
|---|---|---|---|
|1| Dated: April 29, 2020 | By: | */s/ James Cook* |
|2| | | James Cook, |
| | | | Attorney for Plaintiff Ramzi Mansoor |

Dated: April 29, 2020   By:   */s/ David E. Kuchinsky*
                                David E. Kuchinsky,
                                Attorney for Defendant State of California

**IT IS SO ORDERED.**

Dated: May 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mans.609