XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, P. Covello, J. Lizarraga, D. Clays, M. Bentz, D. Clays, J. Link, and J. Rowe*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMZI MANSOOR,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**STATE OF CA, et al.,**<br><br>                              Defendants. | 2:20-cv-00609-WBS-KJN<br><br>**STIPULATION REGARDING EXTENDING TIME TO FILE A RESPONSIVE PLEADING; ORDER** |

**STIPULATION**

Plaintiff Ramzi Mansoor, by and through his attorney, James Cook, and Defendants California Department of Corrections and Rehabilitation, P. Covello, J. Lizarraga, D. Clays, M. Bentz, D. Clays, J. Link, and J. Rowe, by and through their attorney David E. Kuchinsky, stipulate that in light of the circumstances discussed in the Motion for Extension of Time and Stipulation filed April 29, 2020 (ECF Nos. 6 and 7) and the Court's order approving the stipulation and extending the deadline for Defendant State of California to file a response to the Complaint to June 15, 2020 (ECF No. 8), good cause exists to similarly extend the deadline for

1

Stip. Re: Ext. of Time to File Response to Compl.; Prop. Order  (2:20-cv-00609-WBS-KJN)

Defendants California Department of Corrections and Rehabilitation, P. Covello, J. Lizarraga, D. Clays, M. Bentz, D. Clays, J. Link, and J. Rowe to file a response to Plaintiff's Complaint (ECF No. 1) to June 15, 2020.

Dated: May 18, 2020     By:  */s/ James Cook*
                             James Cook,
                             Attorney for Plaintiff Ramzi Mansoor

Dated: May 18, 2020     By:  */s/ David E. Kuchinsky*
                             David E. Kuchinsky,
                             Attorney for Defendants California
                             Department of Corrections and Rehabilitation,
                             P. Covello, J. Lizarraga, D. Clays, M. Bentz,
                             D. Clays, J. Link, and J. Rowe

IT IS SO ORDERED:

Dated: May 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2020300605
34077557.docx

2

Stip. Re: Ext. of Time to File Response to Compl.; Prop. Order  (2:20-cv-00609-WBS-KJN)