**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com

Attorneys for Plaintiff, Ramzi Mansour

Xavier Becerra, State Bar No. 118517
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
David E. Kuchinsky, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-7666
Fax:  (916) 324-5205
E-mail:  David.Kuchinsky@doj.ca.gov

*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, P. Covello, D. Clays, M. Bentz, J. Link, and J. Rowe*

Michael Terhorst, State Bar No. 164679
Beeson Terhorst LLP
510 Bercut Drive
Suite V
Sacramento, CA 95811
Telephone:  (916) 444-3400
Fax:  (916) 444-3412
E-mail:  michael@beesonterhorst.com

*Attorneys for Defendant J. Lizarraga,*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI Mansour, an individual,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>STATE OF CALIFORNIA; et al.,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:20-cv-00609-WBS-KJN<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY THE COURT'S SCHEDULE ORDER FOR LEAVE TO AMENDED PLEADINGS** |

　　　　Pursuant to Local Rule 143, the parties respectfully submit this stipulation to request a modification to the Court's Schedule Order dated July 16, 2020 at Document Number 17. The Court's scheduling order does not permit the parties to file amended pleadings without leave of court. On November 9, 2020, Defendants produced additional case documents. At present, Plaintiff Mansour is being held at Salinas Valley State Prison. Plaintiff's Counsel intends to meet with Plaintiff before submitting an amended complaint. As such, the parties respectfully submit this stipulation to request modification to the Court's schedule order to allow the parties to file amended pleadings on or before March 1, 2021.

　　　　IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 3, 2020　　　　　　　**THE LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　　*/s/ James Cook*
　　　　　　　　　　　　　　　　　　　　James Cook
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  December 3, 2020　　　　　　　**OFFICE OF THE ATTORNEY GENERAL**

*/s/ David Kuchinsky*
David E. Kuchinsky
Deputy Attorney General
*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, P. Covello, D. Clays, M. Bentz, J. Link, and J. Rowe*

Dated:  December 3, 2020           **BEESON TERHORST LLP**

*/s/ Michael Terhorst*
Michael Terhorst
*Attorney for Defendant Joe Lizzarraga*

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered: The deadline to file amended pleadings is extended to March 1, 2021.  **SO ORDERED.**

Dated:  December 3, 2020

Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

mans.609