**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com

Attorneys for Plaintiff, Ramzi Mansour

Xavier Becerra, State Bar No. 118517
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
David E. Kuchinsky, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-7666
Fax:  (916) 324-5205
E-mail:  David.Kuchinsky@doj.ca.gov

*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, P. Covello, D. Clays, M. Bentz, J. Link, and J. Rowe*

Michael Terhorst, State Bar No. 164679
Beeson Terhorst LLP
510 Bercut Drive
Suite V
Sacramento, CA 95811
Telephone:  (916) 444-3400
Fax:  (916) 444-3412
E-mail:  michael@beesonterhorst.com

*Attorneys for Defendant J. Lizarraga,*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI Mansour, an individual,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>STATE OF CALIFORNIA; et al.,<br><br>　　　　　　　　　Defendants. | CASE NO.: 2:20-cv-00609-WBS-KJN<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JOE LIZARRAGA, AND PATRICK COVELLO WITH PREJUDICE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to Local Rule 143, the parties hereby stipulate that all claims and causes of action against Defendants STATE OF CALIFRNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, LIZARRAGA, and COVELLO be dismissed with prejudice, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

　　IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 16, 2021　　　　　　　**THE LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　*/s/ James Cook*
　　　　　　　　　　　　　　　　　　　James Cook
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated:  March 16, 2021　　　　　　　**OFFICE OF THE ATTORNEY GENERAL**

　　　　　　　　　　　　　　　　　　　*/s/ David Kuchinsky*
　　　　　　　　　　　　　　　　　　　DAVID E. KUCHINSKY
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　*Attorney for Defendants State of California, California Department of Corrections and Rehabilitation, P. Covello, D. Clays, M. Bentz, J. Link, and J. Rowe*

Dated:  March 16, 2021　　　　　　　**BEESON TERHORST LLP**

/s/ *Michael Terhorst*
MICHAEL TERHORST
*Attorney for Defendant Joe Lizzarraga*

### ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action against Defendants STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, LIZARRAGA, and COVELLO be dismissed with prejudice, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE