**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com

Attorneys for Plaintiff, Ramzi Mansour

Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
David E. Kuchinsky, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov

*Attorneys for Defendants,*
*D. Clays, M. Bentz, J. Link, and J. Rowe*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI MANSOUR, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>STATE OF CALIFORNIA; et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 2:20-cv-00609-WBS-KJN<br><br>**STIPULATION TO STAY PROCEEDINGS AND REQUEST A SETTLEMENT CONFERENCE; ORDER** |

Pursuant to Local Rule 143, the parties respectfully submit this stipulation to stay proceedings. The parties are currently participating in good faith settlement discussions. As such, the parties stipulate to stay all proceeding, including discovery deadlines. Moreover, the parties request a settlement conference with Judge Kendall Newman.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 10, 2021　　　　　　　**THE LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　　　　*/s/ James Cook*
　　　　　　　　　　　　　　　　　　　James Cook
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 10, 2021                    **OFFICE OF THE ATTORNEY GENERAL**

*/s/ David Kuchinsky*
DAVID E. KUCHINSKY
Deputy Attorney General
*Attorney for Defendants*

**ORDER**

The matter will be **REFERRED** to Magistrate Judge Kendall J. Newman for settlement and a settlement conference is **SET** for <u>**July 1, 2021 at 9:00 AM**</u>, before Magistrate Judge Kendall J. Newman. The Settlement Conference will take place by remote means (Zoom). The parties will receive instructions closer to the hearing date on how to appear for the Settlement Conference. The parties are reminded to exchange non-confidential settlement conference statements seven (7) days prior to the settlement conference. These statements shall be simultaneously delivered to the court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Such statements are neither to be filed with the Clerk nor served on opposing counsel; however, each party shall e-file a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the conference on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. See Local Rule 270.

Parties shall file their waivers of disqualification as soon as practical, but no less than seven (7) days prior to the settlement conference.

All other dates and deadlines in this case will be **VACATED** and the matter **STAYED** in order to allow the parties to participate in settlement discussions. A Status Conference is set for

**August 30, 2021 at 1:30 p.m.** before Senior Judge William B. Shubb.  A joint status report shall be filed no later than **August 16, 2021**.

**IT IS SO ORDERED.**

Dated:  May 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE