UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI MANSOOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendant. | No. 2:20–cv–609–WBS–KJN<br><br>ORDER |

On July 1, 2021, the parties participated in a settlement conference before the undersigned, and came to a settlement agreement. (ECF No. 32.) The stipulation of dismissal was filed on July 28, 2021, and the case was closed. (ECF Nos. 33, 34.) On March 14, 2022, the court received a letter from plaintiff stating that he had yet to receive payment under the settlement. (ECF No. 35.) Accordingly, within 14 days of this order, the parties shall respond to this order and the letter regarding the status of payment.

Dated: March 15, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mans.609

1