UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI MANSOUR,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No.  2:20–cv–609–WBS–KJN<br><br>ORDER<br><br>(ECF No. 39.) |

In July 2021, the parties participated in a settlement conference before the undersigned. The case settled, and later that month the parties stipulated to a dismissal. (ECF Nos. 32, 35.) On March 14, 2022, plaintiff informed the court that he had yet to receive payment as agreed in the settlement. (ECF No. 35.) The court ordered the parties to file a joint statement updating the court as to the status of payment. (ECF No. 36.) In the joint statement, defendants indicated payment was made in October 2021, but plaintiff's counsel had no record of this payment, and so defense counsel is requesting confirmation. (ECF No. 37.) The court is troubled by the lack of follow-up, and so orders another joint statement be filed within three weeks. This statement shall update the court as to the status of payment and include the copy of the paid warrant (redacted if necessary).

Dated:  March 30, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, mans.609

1